Mark T. Lavery (Pro Hac Vice)
Lavery Law Firm LLC
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Illinois Bar No. 6271291
Mark@lifetimedebtsolutions.com
Telephone: 312-508-5480

Attorney for Plaintiff, Miguel Cervantes

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Miguel Cervantes<br><br>  Plaintiff,<br><br>v.<br><br>Penn Credit Corporation<br><br>  Defendant. | Case No.  CV-14-02762-PHX-BSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

Dated this 30th day of April, 2015.

By: /s/ Mark. T. Lavery (Pro Hac Vice)

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2015, I electronically filed the foregoing Notice. Service of this filing will be made by the Plaintiff's Counsel upon the following:

Penn Credit Corporation
Thomas Perrotta, Vice President, Collections
4636 E University Dr., Suite 200
Phoenix, AZ 85034-7411

/s/ Mark T. Lavery   (Pro Hac Vice)